UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEXANDER JACOBSON (#535678)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

NO. 15-783-JJB-EWD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 9, 2017 (doc. no. 68). The plaintiff has filed an objection which merely restates his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motions to Dismiss of Defendants Darrel Vannoy, Kenneth Booty and Errol Matthews (Doc. nos. 12, 40 and 49) are GRANTED, dismissing Plaintiff's claims asserted against these Defendants, with prejudice, and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 1ST day of March, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA