UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALEXANDER JACOBSON (#535678)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

NO. 15-783-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes dated July 27, 2017 (doc. no. 79) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiff's attempt to amend his Complaint to add Col. John Bell and unidentified "X, Y, Z ... assailants" as defendants herein is rejected as untimely. Further, the Motion to Dismiss of Defendant Mark Allen (R. Doc. 69) is GRANTED dismissing Plaintiff's claims asserted against Defendant Allen, with prejudice, and this action is DISMISSED.

Signed in Baton Rouge, Louisiana, on August 15, 2017.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA